# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1926
_____

GEORGE KIRVIN FLOYD,
Individually and as Personal
Representative of the Estate of
Jeanette K. Floyd, deceased,

    Appellant,

    v.

JENNIFER FLOYD VAN HEUSEN
and AMANDA BROOKE FLOYD,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

January 5, 2024

PER CURIAM.

    AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


J. Patrick Floyd of the Law Offices J. Patrick Floyd, CHTD., Port St. Joe, for Appellant.

H.B. Stivers of Levine and Stivers, LLC, Tallahassee, for Appellee Jennifer Floyd Van Heusen.

Amanda Brooke Floyd, pro se, Appellee.